IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CORNELL BRIM,

    Plaintiff,

v.                                                                       4:12cv542-WS

ESPOSITO NURSERY, INC.,

    Defendant.

_____

## ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW

Before the court is a motion to withdraw filed by the plaintiff's counsel, Erika E. Goodman. Doc. 24. Counsel represents that she is closing her law practice due to illness, making it necessary for her to withdraw from this case. By notice mailed February 7, 2013, Goodman notified her client of her intention to withdraw.

The court having reviewed the motion, it is ORDERED:

1. Counsel's motion to withdraw (doc. 24) is GRANTED.

2. The plaintiff shall have until May 9, 2013, to either: (a) file a notice of his intent to proceed without an attorney); (b) have new counsel file a notice of appearance; or (c) file a notice of voluntary dismissal.

3. Should the plaintiff fail to respond to this order on or before May 9, 2013, the case will be dismissed for failure to prosecute.

4. In addition to sending copies of this order to counsel, the clerk shall send a

copy by certified mail, return receipt requested, to the plaintiff at 3425 Sunnyside Dr. Tallahassee FL 32305.

DONE AND ORDERED this <u>  9th  </u> day of <u>   April   </u>, 2013.

<u>s/ William Stafford                              </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE